IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00531-RBJ | Date: | July 9, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| JOHNS MANVILLE CORPORATION <br> JOHNS MANVILLE <br><br> **Plaintiffs** <br><br> v. <br><br> KNAUF INSULATION LLC <br> KHAUF INSULATION GMBH <br> KNAUF INSULATION SPRL <br> KNAUF INSULATION LIMITED <br> GEBR. KNAUF VERWALTUNGSGESELLSCHAFT KG <br> WALTER A. JOHNSON <br><br> **Defendants** | *Miranda C. Rogers* <br> *David E. Sipiora* <br><br><br><br><br> *Spiro Bereveskos* <br> *Duane R. Denton* <br> *Perry L. Glantz* <br> *Daniel J. Lueders* <br><br> *James R. Sweeney, II* |

**COURTROOM MINUTES**

**MOTION HEARING/SCHEDULING CONFERENCE**

Court in Session:  8:31 a.m.

Appearance of counsel.

**ORDERED:**   [36] **Motion to Dismiss Defendant for Lack of Personal Jurisdiction is GRANTED.  Defendant Gebr. Knauf Verwaltungsgesellschaft KG is dismissed.**

[64] **Stipulated Confidentiality Protective Order is DENIED.  Parties may refile according to this court's practice standards.**

Discussion held on pending motions.

Argument given on [33] Defendants' Motion to Dismiss Plaintiffs' Count II for Trade Secret Misappropriation as Time-Barred by the Statute of Limitations and [37] Motion to Dismiss of Walter A. Johnson.

**ORDERED:   [33] Defendants' Motion to Dismiss Plaintiffs' Count II for Trade Secret Misappropriation as Time-Barred by the Statute of Limitations is DENIED.**

**[37] Motion to Dismiss of Walter A. Johnson is DENIED.**

Discussion held on case schedule.

**TEN DAY JURY TRIAL** is set for **April 10, 2017, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **March 30, 2017, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and any disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed.

**FULL DAY CLAIM CONSTRUCTION HEARING** is set for **May 26, 2016, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**The Court accepts the proposed limits and deadlines which include:**

Deadline for joinder of parties and amendment of pleadings:  September 3, 2015.

Deadline to file Joint Disputed Claim Terms Chart:  February 4, 2016.

Opening Brief on Claim Construction:  March 3, 2016.

Response Brief on Claim Construction:  March 28, 2016.

Reply Brief on Claim Construction:  April 7, 2016.

Deadline to file Final Infringement Contentions:  August 29, 2016.

Deadline to file Final Invalidity Contentions:  September 19, 2016.

Fact Discovery Deadline:  October 7, 2016.

Expert Discovery Deadline:  January 13, 2017.

Dispositive Motions Deadline:  February 3, 2017.

Discussion held on procedure for disclosure of trade secrets.

**ORDERED:   The Court adopts the defendants' proposal.**

Discussion held on discovery issues.

Discussion held on 30(b)(6) depositions.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  9:57 a.m.		Hearing concluded.		Total time in Court:  01:26